IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:04CV520

| | |
|---|---|
| RENEE M. GRAHAM,<br>    Plaintiff,<br><br>v.<br><br>COMMUNITY BLOOD CENTER OF<br>THE CAROLINAS,<br>    Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Admission of Counsel *Pro Hac Vice*" (Document No. 10), filed September 6, 2005. Upon careful review and consideration, and noting that David C. Gibbs III and Drew A. Gardner have already paid the admission fee to the Clerk of Court, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Motion for Admission of Counsel *Pro Hac Vice*" (Document No. 10) is **GRANTED**.

**Signed: September 9, 2005**

David C. Keesler
United States Magistrate Judge